IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUIS FASULLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 09-cv-222-JPG |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

This matter is before the Court *sua sponte*. On October 28, 2009, the Court denied Plaintiff's motion to proceed *in forma pauperis* finding that Plaintiff had accrued "3 strikes" prior to commencing this action under 28 U.S.C. § 1915(g) and was not in imminent danger of serious physical injury. *See* (Doc. 5). Plaintiff was given 15 days within which to pay the full filing fee. *Id*. More than 15 days have passed and the Court still has not received Plaintiff's filing fee. Accordingly, this case is **DISMISSED**, with prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

IT IS SO ORDERED.

Dated: 12/11/2009

                                              s/ J. Phil Gilbert
                                              U. S. District Judge